**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                    Case No. 21-30291-WRS
                                                         Chapter 13
VIKKI N GALY




                          Debtor (s)

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 19, 2021.

2. The debtor(s) §341 Meeting of Creditors was held March 29, 2021.

3. The debtor(s) overall pay record is 99%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) Mid Atlantic Finance has not yet filed a proof of claim for the 2013 Chevrolet Equinox. Currently the debtor is paying more in fees than to creditors.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this April 13, 2021.


                                                    Sabrina L. McKinney
                                                    Chapter 13 Standing Trustee


                                          By: /s/*Tina J. Hayes*
                                          _____
                                                    Tina J. Hayes
                                                    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  April 13, 2021.

By:  /s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney

Copy to:    VIKKI N GALY
            129 TOWNE CREEK LANE
            LOWNDESBORO, AL  36752

            MICHAEL BROCK (via electronic filing)